MEMORANDUM OPINION



No. 04-08-00125-CV


SUPERIOR ASSET MANAGEMENT, INC.,

Appellant


v.


Ruben ESCOBEDO and Diane Escobedo,

Appellees 


From the 288th Judicial District Court, Bexar County, Texas

Trial Court No. 2007-CI-17283

Honorable Lori Massey, Judge Presiding



PER CURIAM

 

Sitting: Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice


Delivered and Filed: April 2, 2008 


DISMISSED


 The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion
and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).

 PER CURIAM